**No. 55724.**—China Overseas, Inc., et al. *v.* United States, protests 170948–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55725.**—Fong Chong Company et al. *v.* United States, protests 56358–K, etc. (Philadelphia).

Opinion by COLE, J.   The protests were dismissed.

**No. 55726.**—Belgamoric, Inc., et al. *v.* United States, protests 159225–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 55727.**—Biological Raw Products Co. et al. *v.* United States, protests 159667–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 55728.**—Gat Cheung Co. et al. *v.* United States, protests 169429–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 55729.**—Gregory Abramovitch et al. *v.* United States, protests 169949–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 29, 1951

**No. 55730.**—Max Landau & Co. et al. *v.* United States, protests 116031–K, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.